146

**GOVERNMENT OF THE VIRGIN ISLANDS,**

v.

**Ralph Mark JOSEPH, Appellant.**

No. 02–3766.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) April 29, 2003.

Decided June 11, 2003.

Before ROTH, MCKEE and COWEN, Circuit Judges.

## OPINION OF THE COURT

PER CURIAM.

Ralph Mark Joseph appeals from the order of the territorial court of the Virgin Islands, Division of St. Thomas and St. John that was entered on September 19, 2002. Joseph was convicted on counts VII, VIII, IX, XIII, XIV. Ruth Ann Magnuson, Esquire, counsel for Joseph, has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967) in which she certifies that, based upon her conscientious review of the record there are only two issues of *arguable* merit. She calls to our attention the issue of whether or not the trial court erred in denying Joseph's motion for leave to have a witness examined by a psychologist or psychiatrist, and whether there was suffi-

cient evidence to convict Joseph on the aforementioned counts. We agree that pursuant to our holding in *Government of the Virgin Islands v. A. Leonard,* 922 F.2d 1141 (3d Cir.1991), the trial court did not err in denying trial counsel's motion to have the victim examined in this case. We also agree that the evidence was clearly sufficient to convict Joseph on each of the aforementioned counts. Accordingly, there are no meritorious issues for appeal, and we will affirm, and grant counsel's motion to withdraw pursuant to *Anders.*